No. 04–5248.  BUCHANAN v. LAMARQUE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–5252.  CRAVER v. CAMPBELL & TAYLOR.  Ct. App. N. C.  Certiorari denied.

No. 04–5253.  DONAHOU v. DONAHOU.  Ct. Civ. App. Okla.  Certiorari denied.

No. 04–5254.  DAVIS v. WILLIAMS, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 04–5255.  DIAZ v. GIURBINO, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–5256.  DINKINS v. JONES, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 04–5257.  CUELLO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 04–5258.  DIAZ-RIVERA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–5259.  DAVIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–5260.  CAPELTON, AKA COLEMAN v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 04–5261.  CLARK v. BASSETT, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 04–5264.  MORALES-PALACIOS, AKA RESENDIZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–5265.  RICE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–5266.  ROBINSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 04–5267.  ROMERO v. YARBOROUGH, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–5268.  TREVINO v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.